IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **M.B., et al.**, <br><br> Plaintiffs, <br><br> *v*. <br><br> **CHESTER COUNTY INTERMEDIATE UNIT**, <br><br> Defendant. | **CIVIL ACTION** <br><br> **NO. 19-2622-KSM** |

### ORDER

**AND NOW**, this 22nd day of February, 2022, upon consideration of Plaintiffs' Motion for Judgment on the Administrative Record (Doc. No. 10), Defendant's response (Doc. No. 11), Plaintiffs' reply (Doc. No. 12), following oral argument, and for the reasons discussed in the accompanying Memorandum, it is **ORDERED** that the Motion is **DENIED**. The Clerk of Court shall mark this matter **CLOSED**.

**IT IS SO ORDERED.**

/s/ *Karen Spencer Marston*
───────────────────────────
KAREN SPENCER MARSTON, J.